IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-224-GCM

| | |
|---|---|
| INTEGRATED HEALTHCARE ) <br> SOLUTIONS, INC. ) <br> ) <br>       **Plaintiff,** ) <br>    **v.** ) <br> ) <br> NEXTGEN HEALTHCARE ) <br> INFORMATION SYSTEMS, INC., ) <br> ) <br>       **Defendant** ) <br>   ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion. IT IS HEREBY

ORDERED that the trial date in this case is re-scheduled for **March 5, 2012.**

**IT IS SO ORDERED.**

Signed: September 8, 2011

Graham C. Mullen
United States District Judge